IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

**VS**                                    CR NO. **2:18-CR-01017-DCN-1**

**Jalisa Thompson**

# PLEA

The defendant, **Jalisa Thompson**, having withdrawn her plea of Not Guilty entered, November 28, 2018 pleads guilty to **Count(s)** _____3_____ of the **Indictment/Superseding Indictment**, after arraignment in open court.

_(Signed)_ Defendant

Charleston, South Carolina
May 15, 2019